IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michelle Zavala and Maria Zavala , <br><br> Plaintiff(s), <br><br> v. <br><br> Optimum Granite & Marble, Inc. and Denis Bahic, <br><br> Defendant(s). | Case No. 15cv4104 <br> Judge Charles P. Kocoras |

### **ORDER**

Motion hearing held. Agreed motion to confirm settlement [19] is granted. Court has reviewed and approved the order. Oral motion to remove document [19-1] from the docket is granted. The Clerk is directed to remove settlement agreement and release # [19-1] from the docket.

:07

Date: 2/11/2016

*Charles P. Kocoras*
Charles P. Kocoras
United States District Court Judge